# FINANCIAL DISCLOSURE REPORT
## Nomination Report

Report required by the Ethics in Government Act of 1978, as amended (5 U.S.C. App. 4, Sec. 101-112)

| 1. Person Reporting *(Last name, first, middle initial)* | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Camp, Laurie S. | U.S. District Court - Nebraska | 06/19/2001 |

| 4. Title *(Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)* <br><br> U.S. District Judge - Nominee | 5. Report Type (check type) <br><br> X  Nomination, Date  06/19/2001 <br><br> Initial    Annual    Final | 6. Reporting Period <br><br> 01/01/2000 <br> to <br> 05/31/2001 |
|---|---|---|

| 7. Chambers or Office Address <br><br> Nebraska State Capitol <br><br> Room 2115 <br><br> Lincoln, NE  68509 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is in my opinion, in compliance with applicable laws and regulations. <br><br> Reviewing Officer _____ Date _____ |
|---|---|

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on the last page.

## I. POSITIONS *(Reporting individual only; see pp. 9-13 of Instructions.)*

| | POSITION | NAME OF ORGANIZATION / ENTITY |
|---|---|---|
| | ☐ NONE (No reportable positions.) | |
| 1 | Deputy Attorney General | State of Nebraska - Office of the Attorney General |
| 2 | General Partner | Haymarket Square - A Nebraska General Partnership |
| 3 | Director, Secretary | CH, Ltd., A Subchapter S Corporation |

## II. AGREEMENTS *(Reporting individual only; see pp.14-16 of Instructions.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| | ☐ NONE (No reportable agreements.) | |
| 1 | 2000-01 | State of Nebraska Retirement Plan |
| 2 | 2000-01 | State of Nebraska Deferred Compensation Plan (2) |
| 3 | 2000-01 | Haymarket Square Retirement (Money Purchase) Plan |

## III. NON-INVESTMENT INCOME *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| | ☐ NONE (No reportable non-investment income.) | | |
| 1 | 1999 | State of Nebraska gross salary | $74,641.86 |
| 2 | 2000 | State of Nebraska Gross Salary | $76,639.68 |
| 3 | 2001 | State of Nebraska Gross Salary | $32,249.35 |
| 4 | | | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

*(Includes those to spouse and dependent children. See pp. 25-28 of Instructions.)*

| | SOURCE<br>NONE (No such reportable reimbursements.) | DESCRIPTION |
|---|---|---|
| 1 | Exempt | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS

*(Includes those to spouse and dependent children. See pp. 29-32 of Instructions.)*

| | SOURCE<br>NONE (No such reportable gifts.) | DESCRIPTION | VALUE |
|---|---|---|---|
| 1 | Exempt | | |
| 2 | | | |
| 3 | | | |

## VI. LIABILITIES

*(Includes those of spouse and dependent children. See pp 33-35 of Instructions.)*

| | CREDITOR<br>X NONE (No reportable liabilities.) | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |

* VAL CODES: J=$15,000 or less    K=$15,001-$50,000    L=$50,001 to $100,000    M=$100,001-$250,000    N=$250,001-$500,000
O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000   P3=$25,000,001-$50,000,000   P4=$50,000,001 or more

| Name of Person Reporting | Date of Report |
|---|---|
| Camp, Laurie S. | 06/19/2001 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period (1) Amount Code (A-H) | B. (2) Type (e.g., dividend, rent or interest) | C. Gross value at end of reporting period (1) Value Code (J-P) | C. (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| *Place "(X)" after each asset exempt from prior disclosure.* | | | | | | | | | |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 Aetna | A | Dividend | J | T | Exempt | | | | |
| 2 Alltel | B | Dividend | K | T | Exempt | | | | |
| 3 AT&T | C | Dividend | L | T | Exempt | | | | |
| 4 Bausch & Lomb | A | Dividend | J | T | Exempt | | | | |
| 5 Burlington Northern | A | Dividend | K | T | Exempt | | | | |
| 6 Burlington Resources | A | Dividend | J | T | Exempt | | | | |
| 7 Chase Manhattan | A | Dividend | J | T | Exempt | | | | |
| 8 Citigroup | C | Dividend | N | T | Exempt | | | | |
| 9 ConAgra | F | Dividend | P1 | T | Exempt | | | | |
| 10 Disney | A | Dividend | J | T | Exempt | | | | |
| 11 Exxon | B | Dividend | L | T | Exempt | | | | |
| 12 First Union | C | Dividend | K | T | Exempt | | | | |
| 13 GM | A | Dividend | J | T | Exempt | | | | |
| 14 GE | C | Dividend | N | T | Exempt | | | | |
| 15 GTE | A | Dividend | | | Exempt | | | | |
| 16 Hewlett Packard | A | Dividend | J | T | Exempt | | | | |
| 17 IBM | A | Dividend | M | T | Exempt | | | | |

| 1 Inc/Gain Codes: (Col. B1, D4) | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: (Col. C1, D3) | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|---|
| | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: (Col. C2) | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|---|
| | U=Book Value | V=Other | W=Estimated | |

## VII. Page 2 INVESTMENTS and TRUSTS -- income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 18  Int. Paper | A | Dividend | J | T | Exempt | | | | |
| 19  Kimberly Clark | B | Dividend | L | T | Exempt | | | | |
| 20  Lucent | A | Dividend | K | T | Exempt | | | | |
| 21  Pfizer | B | Dividend | N | T | Exempt | | | | |
| 22  Warner Lambert | B | Dividend | | | Exempt | | | | |
| 23  Weyerhauser | A | Dividend | K | T | Exempt | | | | |
| 24  Accutrade - Cash Account | A | Interest | K | T | Exempt | | | | |
| 25  Co. Sp. Tax Exempt Bond #11-2018 | A | Interest | J | T | Exempt | | | | |
| 26  Rental Property #1 Lincoln, NE | G | Rent | P1 | Q | Exempt | | | | |
| 27  Rental Property #2 Lincoln, NE | G | Rent | P1 | Q | Exempt | | | | |
| 28  Wells Fargo Accounts | F | Interest | P1 | T | Exempt | | | | |
| 29  New England (now Metlife) Insurance Policies | E | Interest | N | T | Exempt | | | | |
| 30  New England (now Metlife) IRAs | D | Interest | M | T | Exempt | | | | |
| 31  New England (now Metlife) Retirement Plans | D | Interest | M | T | Exempt | | | | |
| 32  Nat'l Serv. Life Insurance | A | Interest | J | T | Exempt | | | | |
| 33  New York Life Insurance | A | Interest | J | T | Exempt | | | | |
| 34  World Insurance | A | Interest | J | T | Exempt | | | | |

| 1 Inc/Gain Codes: (Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=$5,000,001 or more | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| 2 Val Codes: (Col. C1, D3) | J=$15,000 or less O=$500,001-$1,000,000 | K=$15,001-$50,000 P1=$1,000,001-$5,000,000 | L=$50,001-$100,000 P2=$5,000,001-$25,000,000 | M=$100,001-$250,000 P3=$25,000,001-$50,000,000 | N=$250,001-$500,000 P4=$50,000,001 or more |
| 3 Val Mth Codes: (Col. C2) | Q=Appraisal U=Book Value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Camp, Laurie S. | 06/19/2001 |

## VII. Page 3 INVESTMENTS and TRUSTS -- income, value, transactions
*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) *Place "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 35 Haymarket Square Retirement Plans | A | Interest | J | T | Exempt | | | | |
| 36 CH, Ltd., Retirement Plans | C | Interest | M | T | Exempt | | | | |
| 37 State of NE Retirement Plan | C | Interest | M | T | Exempt | | | | |
| 38 State of NE Deferred Comp. | C | Interest | K | T | Exempt | | | | |
| 39 Hartford Deferred Comp. | D | Interest | M | T | Exempt | | | | |
| 40 Accutrade Brokage Account | | | | | Exempt | | | | |
| 41 -- AIG | A | Dividend | M | T | Exempt | | | | |
| 42 -- ATK | | None | J | T | Exempt | | | | |
| 43 -- AVTR | | None | J | T | Exempt | | | | |
| 44 -- ConAgra | A | Dividend | J | T | Exempt | | | | |
| 45 -- Disney | A | Dividend | L | T | Exempt | | | | |
| 46 -- Honeywell | B | Dividend | M | T | Exempt | | | | |
| 47 -- Hewlett Packard | A | Dividend | M | T | Exempt | | | | |
| 48 -- INTC | A | Dividend | K | T | Exempt | | | | |
| 49 -- LCE Warrants | | None | J | T | Exempt | | | | |
| 50 -- LEN | A | Dividend | L | T | Exempt | | | | |
| 51 -- LNR | A | Dividend | K | T | Exempt | | | | |

1 Inc/Gain Codes: A=$1,000 or less    B=$1,001-$2,500    C=$2,501-$5,000    D=$5,001-$15,000    E=$15,001-$50,000
(Col. B1, D4)    F=$50,001-$100,000    G=$100,001-$1,000,000    H1=$1,000,001-$5,000,000    H2=$5,000,001 or more

2 Val Codes: J=$15,000 or less    K=$15,001-$50,000    L=$50,001-$100,000    M=$100,001-$250,000    N=$250,001-$500,000
(Col. C1, D3)    O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000    P2=$5,000,001-$25,000,000    P3=$25,000,001-$50,000,000    P4=$50,000,001 or more

3 Val Mth Codes: Q=Appraisal    R=Cost (real estate only)    S=Assessment    T=Cash/Market
(Col. C2)    U=Book Value    V=Other    W=Estimated

## VII. Page 4  INVESTMENTS and TRUSTS — income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | C. Gross value at end of reporting period (1) Value Code (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| *Place "(X)" after each asset exempt from prior disclosure.* | | | | | | | | | |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 52  -- LCR | | None | K | T | Exempt | | | | |
| 53  -- NSM | | None | K | T | Exempt | | | | |
| 54  -- TA | A | Dividend | K | T | Exempt | | | | |
| 55  -- TAN | A | Dividend | K | T | Exempt | | | | |
| 56  -- TR II | | None | J | T | Exempt | | | | |
| 57  -- WMX | B | Dividend | L | T | Exempt | | | | |
| 58 | | | | | | | | | |
| 59 | | | | | | | | | |
| 60 | | | | | | | | | |
| 61 | | | | | | | | | |
| 62 | | | | | | | | | |
| 63 | | | | | | | | | |
| 64 | | | | | | | | | |
| 65 | | | | | | | | | |
| 66 | | | | | | | | | |
| 67 | | | | | | | | | |
| 68 | | | | | | | | | |

| 1 Inc/Gain Codes: A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|
| (Col. B1, D4)  F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|
| (Col. C1, D3)  O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|
| (Col. C2)  U=Book Value | V=Other | W=Estimated | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS.

*Indicate part of report.)*

I filed for divorce on January 3, 2000. The action is pending final judgment. Non-investment income listed in Part III does not include spousal income, per instructions. The investments lised in Part VII include my assets, marital assets not yet divided, and assets of my minor children.

FINANCIAL DISCLOSURE REPORT

VII. Page 2

#26  Rental Property #1, Lincoln, NE, Appraisal Date 10/2000
#27  Rental Property #2, Lincoln, NE, Appraisal Date 10/2000

# X. CERTIFICATION

I certify that all the information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. 4, section 501 et. seq., 5 U.S.C. 7353 and Judicial Conference regulations.

Signature _Laurie S. H. Camp_     Date _6/19/01_

Note:      Any individual who knowingly and wilfully falsifies or fails to file this report may be subject to civil and criminal sanctions (5 U.S.C. App. 4, Section 104).

## FILING INSTRUCTIONS

Mail original and three additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
One Columbus Circle, N.E.
Suite 2-301
Washington, D.C. 20544